IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Cavallo Chartering NV, | § § § | |
| Plaintiff, | § § | CIVIL ACTION _____ |
| vs. | § § | IN ADMIRALTY, Rule 9(h) |
| Eusider SpA, | § § § | |
| Defendant, | § § | |
| and | § § § | |
| Nucor Steel Auburn Sales Corporation | § § | |
| Nucor Building Systems Sales Corporation | § § | |
| Nucor Cold Finish Wisconsin, Inc. | § § | |
| Nucor Steel SC Properties, LLC | § § § | |
| Garnishees. | § | |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Cavallo Chartering NV states it has no parent corporation and that none of its shares are held by publicly traded corporations.    No other party has a financial interest in the outcome of this litigation.

**OF COUNSEL**
*(Pro Hac Vice to be Submitted)*

*/s/ J. Stephen Simms*
J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Telephone:  (410) 783-5795
Facsimile:   (410) 510-1789
jssimms@simmsshowers.com

YOUNG CONAWAY STARGATT
& TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6682
Facsimile:  (302) 576-3300
thouseal@ycst.com

*Attorneys for Cavallo Chartering NV*

Dated:  June 28, 2021

28288191.1